IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No: 19-cv-2954-MEH | Date: December 19, 2019 |
| Courtroom Deputy: Christopher Thompson | FTR:   Courtroom A 501 |

| *Parties:* | *Counsel:* |
|---|---|
| JULIE DERMANSKY, | Richard Liebowitz by phone |
|     Plaintiff, | |
| v. | |
| UNIVERSITY OF COLORADO, | Erica Weston |
|     Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**
**SCHEDULING CONFERENCE**

**Court in session:**    10:10 a.m.

Court calls case.   Appearances of counsel.

**ORDERED:**   Defendant shall file the anticipated Motion to Stay by close of business tomorrow, **Friday, December 20, 2020**.   Plaintiff's response to said motion is due on or before **Tuesday, January 14, 2020** and Defendant's reply to the response is due **Friday, January 17, 2020**.   Pursuant to the filing of the motion, the Defendant is relieved of the obligation to respond to discovery until the Court issues an order on the motion.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

**Discovery Deadline:** August 7, 2020

**Dispositive Motion Deadline:** September 4, 2020

**Initial Rule 26(a)(2) Disclosures:** May 15, 2020
**Rebuttal Rule 26(a)(2) Disclosures:** June 19, 2020

**Final Pretrial Conference:**   November 16, 2020 at 10:15 a.m. before U.S. Magistrate Judge Michael E. Hegarty in Courtroom A 501, Arraj Courthouse. In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or**

**WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **one week prior to the conference.**

**Court in recess:      10:21 a.m.      (Hearing concluded)**
**Total time in Court: 0:11**

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.