# EXHIBIT A

NEWS > BOULDER AREA NEWS

# University of Colorado breaks fundraising record with $440M in private donations

   



Cliff Grassmick / Staff Photographer

The University of Colorado raised a record amount of money last year with more than $440 million in private donations, the university announced Wednesday.



By **CASSA NIEDRINGHAUS** | cniedringhaus@dailycamera.com | Boulder Daily Camera
August 1, 2018 at 5:27 pm

The University of Colorado raised a record amount of money last year with more than $440 million in private donations, officials said Wednesday.

CU raised $440.4 million, which marked the ninth straight year the university broke fundraising records and which is an approximate 14 percent increase over the previous year. In the 2017-18 fiscal year, which ended June 30, the university received 72,370 gifts from 54,400 donors, which



included individuals, foundations and corporations, according to a university news release.

The Boulder campus raised $147.8 million, up from $140.4 million the previous year.

CU Boulder officials on Wednesday highlighted large gifts last year, including:



$2.47 million from Cindy Scripps through the Scripps Howard Foundation to support the Ted Scripps Fellowships in Environmental Journalism in the College of Media, Communication and Information;

$1 million from CU Foundation trustee Alan Olson and his wife, Carol Ann, to support building an addition that will connect the Leed's School of Business and the College of Engineering and Applied Science;

$2 million from Zayo CEO Dan Caruso and his wife, Cindy, to support that building expansion and entrepreneurship activities;

$2.25 million from Chuck Bellock and Madeleine Morrison to support underrepresented Colorado students in Leeds;

$210,000 from CU Foundation trustee Barry Baer and his wife, Susan, to establish an endowed scholarship for Army ROTC students;





**Boulder Events**

MAR 23 — **Tony DeSare Trio** — Thompson Valley Hi... | Loveland, CO

FRI 10 — Drawing a (Blank) in Boulder — Museum of Boulder | Boulder, CO

FRI 10 — Ruins of the Mystic Temple - Esca... — Rabbit Hole Recrea... | Louisville, CO

FRI 10 — Free Ice Skating Rink at Denver Int... — Denver Internation... | Denver, CO

FRI 10 — Tasting Room Open — Still Cellars | Longmont, CO

FRI 10 — PARADOX: The Incredible Time Ma... — Rabbit Hole Recrea... | Louisville, CO

Sign up for email newsletters

**SUBSCRIBE**

Follow Us

**MOST POPULAR**

1. Boulder police concerned about more victims of sex offender at rec center
2. Elderly man struck by RTD bus in Boulder dies at hospital
3. Coroner rules woman found in Boulder ditch drowned while drunk
4. Erie resident to appear on ABC's 'Shark Tank:' Ka-Pop! chip creator can be seen on Jan. 19 episode
5. Boulder County coroner officially rules death of

dailycamera.com/2018/08/01/university-of-colorado-breaks-fundraising-record-with-440m-in-private-donations/

 University of Colorado breaks fundraising…    

And $10,000 for the next five years from alumni Sara and Brent Vaughn to establish the Vaughn Family Endowed Child Care Scholarship Fund.

The Anschutz Medical Campus raised $253.8 million, the Denver campus raised $21.1 million, and the Colorado Springs campus raised $16.8 million.

The $440.4 million total did not include an additional $882,850 given to the CU system and CU Foundation, the university's fundraising arm, according to the news release. As of March 31, the foundation managed more than 2,700 endowments valued at $1.3 billion.

"We are extremely grateful to our donors, whose generosity helps us change lives and improve our state and nation through scholarships, endowments and research projects," CU President Bruce Benson said in the news release. "I also appreciate the collaborative effort inside the university to reach this milestone.

"Private support at CU has more than tripled in a decade, and that's due to great work by our stellar faculty. They had great support from our outstanding advancement staff, the CU Foundation and thousands of people on our campuses."

Cassa Niedringhaus: 303-473-1106, cniedringhaus@dailycamera.com





**Watch the Quip Sales Demo**

Join the thousands of companies already using Quip.

Salesforce Quip

 **Cassa Niedringhaus**
Cassa Niedringhaus covers higher education. Prior to joining the Daily Camera, she covered breaking news at the Fort Collins Coloradoan.

Follow Cassa Niedringhaus @CassaMN

**SPONSORED LINKS**

Smartfeed