IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02954-MEH

JULIE DERMANSKY,

      Plaintiff,

v.

UNIVERSITY OF COLORADO,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 13, 2020**.

      Before the Court is an Amended Complaint filed by Plaintiff as a matter of course pursuant to Fed. R. Civ. P. 15(a) (ECF 18). By failing to file a notice and attached proposed amended pleading reflecting the changes to the original pleading, Plaintiff has failed to comply with D.C. Colo. LCivR 15.1(a). Plaintiff shall comply with the local rule's requirements on or before January 15, 2020; if Plaintiff fails to do so, the Court may strike the Amended Complaint.