UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| JULIE DERMANSKY,<br><br>                        Plaintiff,<br><br>- against -<br><br>UNIVERSITY OF COLORADO<br><br>                        Defendant. | Docket No. 1:19-cv-2954 |

## NOTICE OF FILING – AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that Plaintiff Julie Dermansky ("Dermansky" or "Plaintiff") by and through her undersigned counsel, has filed an Amended Complaint against Defendant University of Colorado ("University of Colorado" or "Defendant") [Dkt. #18] pursuant to Fed. R. Civ. 15(a)(1).

Pursuant to L.R. 15(a)(1), a red-lined version of the Amended Complaint is attached hereto as Exhibit A. Also please note that Exhibit A to the Amended Complaint [Dkt. #18-1] is a new exhibit that was not included with the original complaint.

Dated: Valley Stream, New York
       January 13, 2020

                                              LIEBOWITZ LAW FIRM, PLLC

                                              By: /s/Richard Liebowitz
                                                    Richard P. Liebowitz
                                             11 Sunrise Plaza, Suite 305
                                             Valley Stream, New York 11580
                                             (516) 233-1660
                                             RL@liebowtizlawfirm.com

                                             *Counsel for Plaintiff*

Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Julie Dermansky*