IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02954-MEH

JULIE DERMANSKY,

    Plaintiff,

v.

UNIVERSITY OF COLORADO,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 13, 2020**.

    Before the Court is an Amended Complaint filed by Plaintiff as a matter of course pursuant to Fed. R. Civ. P. 15(a) (ECF 18) and a Notice of Filing - Amended Complaint filed by Plaintiff pursuant to D.C. Colo. LCivR 15.1(a).

    In light of these filings, Defendant's Motion to Dismiss under F.R.C.P. 12(b)(1) [filed December 20, 2019; ECF 16] is **denied as moot** with leave to re-file, if Defendant so chooses, in response to the Amended Complaint. *See Franklin v. Kansas Dep't of Corr.*, 160 F. App'x 730, 734 (10th Cir. 2005) ("An amended complaint supersedes the original complaint and renders the original complaint of no legal effect.") (citing *Miller v. Glanz*, 948 F. 2d 1562, 1565 (10th Cir. 1991)); *see also Robinson v. Dean Foods Co.*, No. 08-cv-01186-REB, 2009 WL 723329, at *4 (D. Colo. Mar. 18, 2009) (citation omitted) ("Generally, when an amended complaint is filed, the previous complaint is wiped out and the operative complaint is the most recently filed version.").

    In addition, Defendant's Opposed Motion to Stay Discovery [filed December 20, 2019; ECF 17], the basis of which is the filing of the motion to dismiss (*id.* ¶¶ 3, 4) is **denied without prejudice**.