IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02954-MEH

JULIE DERMANSKY,

        Plaintiff,

vs.

UNIVERSITY OF COLORADO,

        Defendants.

## JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered in this case, FINAL JUDGMENT is entered.

Pursuant to the Order [ECF 27, issued on March 23, 2020] of Magistrate Judge Michael E. Hegarty granting Defendant's Motion to Dismiss for Lack of Jurisdiction [ECF 22, filed January 21, 2020] which order is incorporated by reference, it is

ORDERED that judgment shall enter IN FAVOR of the Defendant University of Colorado and AGAINST the Plaintiff, Julie Dermansky on all claims for relief and causes of action asserted in this case.

The Court concludes that it lacks jurisdiction to hear Plaintiff's copyright infringement claim, as Defendant enjoys sovereign immunity under the Eleventh Amendment. Therefore, the Defendant's Motion to Dismiss Amended Complaint [filed January 21, 2020; ECF 22] is granted and Defendant's Opposed Motion to Stay Discovery [filed January 21, 2020; ECF 23] is denied as moot. Plaintiff's sole claim for copyright infringement against Defendant is dismissed without prejudice.

Dated at Denver, Colorado, this 23rd day of March, 2020.

        FOR THE COURT:
        Jeffrey P. Colwell, Clerk

        By *s/ C. Thompson*
          C. Thompson
          Deputy Clerk